**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (If known): 26-13933 ___ Chapter ____

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 131 Orient Ave LLC |

| | |
|---|---|
| 2. | All other names debtor used in the last 8 years |
| | Include any assumed names, trade names, and *doing business as* names |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 8 – 4 3 2 7 5 9 9 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 131 Orient Ave | 5014  16th Ave |
| Number       Street | Number       Street |
| | Ste  442 |
| | P.O. Box |
| Jersey City        NJ        07305 | Brooklyn        NY        11204 |
| City                State        ZIP Code | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Hudson | |
| County | Number       Street |
| | |
| | City                State        ZIP Code |

**5. Debtor's website (URL)** _____

Debtor      __131 Orient Ave LLC_____     Case number (if known)_____
            Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_ _  _ _  _ _  _ _

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____   When _____ Case number _____
                                         MM / DD / YYYY

          District _____   When _____ Case number _____
                                         MM / DD / YYYY

Debtor    131 Orient Ave LLC
          Name

Case number (if known)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____

MM / DD /YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____
City                                    State ZIP Code

**Is the property insured?**

☒ No

☐ Yes. Insurance agency _____

Contact name    _____

Phone           _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☒ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor    131 Orient Ave LLC
          Name                                                                    Case number (if known)

**15. Estimated assets**

- [x] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million

- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million

- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [x] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million

- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million

- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

X _____          _____
Signature of authorized representative of debtor      Printed name

Title _____

**18. Signature of attorney**

X _____     Date  4/ 9/ 26
Signature of attorney for debtor                 MM   / DD / YYYY

131 Orient Ave LLC
Printed name

Firm name
131 Orient Ave
Number        Street
Jersey City                                     NJ        07305
City                                            State     ZIP Code

347-977-7994
Contact phone                                   Email address

Bar number                                      State

**Name of Owner:** 131 Orient Ave LLC

**Property Address**: 131 Orient Ave, Jersey City, NJ 07305

**Bank/ Attorney Information:**

Northfield Bank
581 Main Street Suite 810
Woodbridge NJ 07095

**Attorney Phone Number:**

**Bank Phone Number:**

718-236-2700

# Operating Agreement Of

## 131 ORIENT AVE LLC

### A MEMBER-MANAGED LIMITED LIABILITY COMPANY

This Operating Agreement of **131 ORIENT AVE LLC** is entered into by Idie Simsovits (Hereinafter the "Member").

**The Member hereby forms a Limited Liability Company (LLC) pursuant and in accordance with the Limited Liability Company Law ("LLCL") of the State of NJ, and as amended from time to time. The LLC, hereby agrees as follows:**

1.      NAME: The name of the Limited Liability Company formed hereby is 105 ORIENT AVE LLC

2.      TERM: The term of the Limited Liability Company shall be perpetual unless dissolved before such date in accordance with the LLCL.

3.      PURPOSE: The Limited Liability Company is formed for the purpose of engaging in any lawful act or activity for which a Limited Liability Company may be formed under the LLCL and engaging in any and all activities necessary or incidental to the forgoing.

4.      MEMBERS: The names and the business, residence, or mailing address of the members are as follows:

| Member Name | Member Address | Ownership Percentage |
|---|---|---|
| Idie Simsovits | 5014 16th Ave STE 442 Brooklyn, NY 11204 | 100% |

5.      POWERS: The business and affairs of the Limited Liability Company shall be managed by the Member(s). Any Member shall have the power to do any and all acts necessary to or for the furtherance of the purposes described herein, including all powers, statutory or otherwise, possessed by member under the LLCL.

6.      ANNUAL MEETING: Each year an annual meeting should be held where the business and affairs of the Limited Liability Company shall be reevaluated by the members and managers of the limited liability company. Said date should be set forth by the managing ageing of the limited liability company in a notice to the members and managers of the limited liability company.

7.      CAPITAL CONTRIBUTIONS: the Members have contributed to the Limited Liability Company the following amounts, in the forms of cash, property or services rendered, or a promissory note or other obligation to contribute cash or property or to render services.

8.      ADDITIONAL CONTRIBUTIONS: No Member is required to make any additional capital contributions to the Limited Liability Company.

i

9.  ALLOCATION OF PROFIT AND LOSSES: The profit and losses of the Limited Liability Company shall be allocated in proportion to the percentage ownership of the Members.

10.  DISTRIBUTIONS: Distributions shall be made to the Members at the times and in the aggregate amounts determined by the members. Such distributions shall be allocated among the Members in the equal proportion as their then capital account balances.

11.  ASSIGNMENTS: A Member may not assign in whole or in part his Limited Liability Company interest without the written consent of the other members.

12.  WITHDRAWAL OF A MEMBER: A Member may withdraw from the Limited Liability Company in accordance with the LLCL.

13.  ADMISSION OF ADDITIONAL MEMBERS: One (1) or more additional members of the Limited Liability Company maybe admitted to the Limited Liability Company with the consent of a majority of the Members.

14.  LIABILITY OF MEMBERS: The Members shall not have any liability for the obligations or liabilities of the Limited Liability Company except to the extent provided in the LLCL.

15.  EXCULPATION OF MANAGERS: A Manager shall not be liable for any breach of duty in such capacity, except if a judgment or other final adjudication adverse to him or her established that his or her acts or omissions were in bad faith or involved intentional misconduct or a knowing violation of the law or that he or she personally gained in fact a financial profit or other advantage to which he or she was not legally entitled or that with respect to a distribution to Members his or her acts were not performed in accordance with the LLCL.

16.  GOVERNING LAW: This agreement shall be governed by, and construed under, the laws of the State of NJ, all rights and remedies governed by said laws.

17.  Any conflict between this agreement and the NJ State Limited Liability Law, then the NJ State Limited Liability Law shall take precedence unless said law permits to change the requirements under the law pursuant to an agreement entered into between the parties.

IN WITNESS WHEREOF, the undersigned, intending to be legally bound hereby, have duly executed this Operating Agreement as of this 12/1/2022.

_√S_

**Idie Simsovits, Member**

ii

## NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES

### CERTIFICATE OF FORMATION

### 131 ORIENT AVE LLC
### 0450891868

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 11/28/2022 and was assigned identification number 0450891868. Following are the articles that constitute its original certificate.

1. **Name:**
   131 ORIENT AVE LLC

2. **Registered Agent:**
   C/O IDIE SIMSOVITS

3. **Registered Office:**
   54 FREEMAN AVE
   NEWARK, NEW JERSEY 07105

4. **Business Purpose:**
   ANY AND ALL LAWFUL PURPOSES FOR WHICH AN LLC MAY BE ORGANIZED IN THE STATE OF NEW JERSEY

5. **Effective Date of this Filing is:**
   11/28/2022

6. **Members/Managers:**
   IDIE SIMSOVITS
   5014 16TH AVE STE 442
   BROOKLYN, NEW YORK 11204

7. **Main Business Address:**
   5014 16TH AVE STE 442
   BROOKLYN, NEW YORK 11204

**Signatures:**
IDIE SIMSOVITS
AUTHORIZED REPRESENTATIVE

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 28th day of November, 2022*

*Elizabeth Maher Muoio*
*State Treasurer*

Certificate Number : 4190731045
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp